# Court of Appeals
# of the State of Georgia

ATLANTA,  December 05, 2017

*The Court of Appeals hereby passes the following order:*

**A18E0023.  SCHOOLCRAFT v. THE STATE.**

Upon consideration of John Thomas Schoolcraft's "Motion for Out-of-Time Discretionary Appeal," the same is hereby DENIED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  12/05/2017*
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*